CHARLES B. BROWN, Appellant, *v.* ASSOCIATED OPERATING COMPANY, Respondent.

*Brown* v. *Associated Operating Co.*, 165 App. Div. 702, affirmed.
(Argued November 22, 1917; decided December 11, 1917.)

APPEAL from a judgment, entered January 27, 1915, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant, his employer. Plaintiff, a longshoreman, while assisting in loading a ship fell through an open hatchway and received the injuries complained of. The Appellate Division held that without necessity, unconstrained by circumstances, he walked without hesitation or any pretense of care directly into a dangerous place that he knew existed and was, therefore, guilty of contributory negligence.

*Bertrand L. Pettigrew* for appellant.
*Frank Verner Johnson* and *Amos H. Stephens* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, HOGAN, POUND, McLAUGHLIN and ANDREWS, JJ.